**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Colleen M. Culhane, SBN 242167
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
DELTA RESTAURANT — BAR EQUIPMENT & SUPPLY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DELTA RESTAURANT — BAR EQUIPMENT & SUPPLY, INC., individually and dba DELTA RESTAURANT BAR EQUIPMENT & SUPPLY AND PARTY; JEANNE SELLERS, individually and as TRUSTEE OF THE JEANNE SELLERS REVOCABLE TRUST, established August 8, 1989,<br><br>　　　　　Defendants.<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿／ | Case No.: 2:07-CV-01980-LKK-EFB<br><br>**STIPULATION TO CONTINUE LIMITATION REGARDING FINAL DISPOSITION OF CASE [Eastern District Local Rule 16-160]** |

　　　　Plaintiff SCOTT JOHNSON and Defendants DELTA RESTAURANT — BAR EQUIPMENT & SUPPLY, INC., and their counsel of record, have resolved this case via settlement. Counsel timely filed a Notice of Settlement. On November 9, 2007, in accordance with Eastern District Local Rule 16-160, the court issued an order extending the date for the final disposition papers to be filed no later than November 29, 2007.

The Release and Settlement Agreement has been executed by all parties and Defendants are awaiting the settlement funds. The parties anticipate filing final disposition papers on or about December 14, 2007. In order for the parties to timely file final disposition papers, the parties and their counsel hereby stipulate and agree to extend the current deadline to December 14, 2007.

Dated: November 29, 2007  PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ *Jennifer E. Duggan*
Jennifer E. Duggan
Gwen E. Scott
Attorneys for Defendants
DELTA RESTAURANT — BAR EQUIPMENT & SUPPLY, INC.

LAW OFFICE OF SCOTT JOHNSON

Dated: November 29, 2007  By   /s/ *Scott Johnson*
Scott Johnson, Plaintiff

**IT IS SO ORDERED: November 30, 2007.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT